

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F.#2011R00298

271 Cadman Plaza East
Brooklyn, New York 11201

November 22, 2017

By FedEx

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel: (212) 286-0173
Fax: (212) 286-0495

> Re: United States v. Mirsad Kandic
> Criminal Docket No. 17-449 (NGG)

Dear Mr. Branden:

Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on November 14, 2017. The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15). The government renews its request for reciprocal discovery from the defendant.

Enclosed please find the following:

- A series of online communications, in a file folder Bates-stamped MK-000065, and an accompanying letter;

- Records from JP Morgan Chase, Bates-stamped MK-000066 to MK-001519;

- Records from Yahoo, Bates-stamped MK-001520 to MK-001524;

- Records from Google, Bates-stamped MK-001525 to MK-001533;

- Records from online communications applications, Bates-stamped MK-001534 to MK-001552;

- Twitter screenshots, Bates-stamped MK-001553 to MK-002172 and in a file folder Bates-stamped MK-002173;

- Records from Iraq, Bates-stamped MK-002174 to MK-002186;

- Records from Western Union, Bates-stamped MK-002187 to MK-002199 and in a file folder Bates-stamped MK-002200;

- Records from Money Gram, in a file folder Bates-stamped MK-002201;

- Records from Cablevision, Bates-stamped MK-002202 to MK-002210;

- Records from T-Mobile, Bates-stamped MK-002211 to MK-002639;

- Records from Tracfone, Bates-stamped MK-002640 to MK-002646;

- Records from Capital One, Bates-stamped MK-002647 to MK-002855;

- Records from TD Bank, Bates-stamped MK-002856 to MK-002968.

Please contact us if you have any questions or requests.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By: _____/s/_____
Saritha Komatireddy
Tiana A. Demas
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (NGG) (by ECF) (without enclosures)