The Law Office of
James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel. 212-286-0173
Fax 212-286-0495

November 29, 2017

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Mirsad Kandic
         Cr. Docket No. 17-449 (NGG)

Dear Judge Garaufis:

 I was appointed to represent Mr. Kandic in the above-referenced matter at arraignment, on November 1, 2017.

 I met with him at the Metropolitan Correctional Center earlier today. In that meeting, he expressed his dissatisfaction with my services. He would like new counsel and he specifically requested representation by the Federal Defender Services. I support his request for new counsel and request a conference for appointment of new counsel at the Court's earliest convenience.

           Respectfully submitted,

           James M. Branden