

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK  
F.#2011R00298

271 Cadman Plaza East
Brooklyn, New York 11201

November 29, 2017

By FedEx

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel: (212) 286-0173
Fax: (212) 286-0495

   Re: United States v. Mirsad Kandic
      Criminal Docket No. 17-449 (NGG)

Dear Mr. Branden:

  Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on November 14, 2017, and November 22, 2017. The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15). The government renews its request for reciprocal discovery from the defendant.

  Enclosed please find the following:

- Records from Equifax, Bates-stamped MK-002969 to MK-002988;

- Records from eBay and Paypal, Bates-stamped MK-002989 to MK-003012;

- Records from Verizon, Bates-stamped MK-003013 to MK-003058;

- Records from Sprint, Bates-stamped MK-003059 to MK-003175 and in a file folder Bates-stamped MK-003175A;

- Records from MetroPCS, Bates-stamped MK-003176 to MK-003204;

- Records from AT&T, Bates-stamped MK-003205 to MK-003224;

- Records from Clearwire, Bates-stamped MK-003225 to MK-003227;

- Records from Wink Check Cashing, Bates-stamped MK-003228 to MK-003229;

- Records from Discover, Bates-stamped MK-003230 to MK-003352;

- Records from American Express, Bates-stamped MK-003353 to MK-004342;

- Records from Paetec, Bates-stamped MK-004343 to MK-004344;

- Records from Broadview, Bates-stamped MK-004345 to MK-004346;

- Records from Ameritech, Bates-stamped MK-004347 to MK-004351;

- Records from Neustar, Bates-stamped MK-004352 to MK-004353;

- Records from Telebeam, Bates-stamped MK-004354;

- Records from Simple Mobile, Bates-stamped MK-004355 to MK-004365;

- Records from Tracfone, Bates-stamped MK-004366 to MK-004378;

- Records from YMax, Bates-stamped MK-004379 to MK-004395;

- Records from Simple Network, Bates-stamped MK-004396;

- Records from Granite Telecom, Bates-stamped MK-004397 to MK-004400;

- Records from XO Communications, Bates-stamped MK-004401 to MK-004402;

- Records from Transunion, Bates-stamped MK-004403;

- Report with defendant's statements during transfer of custody, Bates-stamped MK-004404 to MK-004406;

- Inventory of items seized during transfer of custody, Bates-stamped MK-004407;

- Additional records from Australia, in a file folder Bates-stamped MK-004408.

Please contact us if you have any questions or requests.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By:     /s/
Saritha Komatireddy
Tiana A. Demas
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:     Clerk of the Court (NGG) (by ECF) (without enclosures)