**DOCKET NUMBER**: CR 17-0449 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u> **DATE:** DECEMBER 7, 2017 **TIME IN COURT** ___30___ **MINS**
@ 3:30 PM.

**1. DEFENDANT**: MIRSAD KANDIC

Present X   Not Present   Custody   X   Not Custody

**DEFENSE COUNSEL**: JAMES BRANDEN.
  FEDERAL DEFENDER:   CJA: X   RETAINED:

**2. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL**:
  FEDERAL DEFENDER:   CJA:   RETAINED:

**A.U.S.A.**: SARITHA KOMATIREDDY / TIANA DEMAS / J. MATTHEW HAGGANS

**COURT REPORTER**:  ANTHONY MANCUSO
**INTERPRETER**:              **LANGUAGE**:

- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Revocation of Probation contested
- X Status Conference
- ☐ Motion
- ☐ Sentencing on a violation
- ☐ Pre Trial Conference
- ☐ Motion Hearing
- ☐ Violation of Supervised Release
- ☐ Hearing
- ☐ Plea Entered
- ☐ Sentencing
- ☐ Bail Appeal
- ☐ Motion for sentence reduction
- ☐ Voir Dire Begun
- ☐ Oral Argument
- ☐ Voir Dire Held    Jury selection
- ☐ Jury trial
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase   ☐ Bench Trial Begun

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**   YES   NO  X

STATUS CONFERENCE HELD; THE DEFENDANT NEEDS TO SPEAK WITH HIS IMMEDIATE FAMILY AS SOON AS POSSIBLE BUT STILL COMPLY WITH THE GOVERNMENT'S 'SAMS' ORDER. THE PARTIES NEED TO TRY TO RESOLVE THIS ISSUE BEFORE THE NEXT STATUS CONFERENCE ON WEDNESDAY, DECEMBER 20, 2017 AT 10:00 AM.