

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 20, 2018

By FedEx

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel: (212) 286-0173
Fax: (212) 286-0495

           Re:    United States v. Mirsad Kandic
                     Criminal Docket No. 17-449 (NGG)

Dear Mr. Branden:

        Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on November 14, 2017, November 22, 2017, and November 29, 2017.  The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15).  The government renews its request for reciprocal discovery from the defendant.

        Enclosed please find the following:

- Records from Expedia, Bates-stamped MK-004409;

- Records from AMC, Bates-stamped MK-004410;

- Records from Google, Bates-stamped MK-004411 to MK-004459;

- Records from TAP, Bates-stamped MK-004460;

- Records from Lufthansa, Bates-stamped MK-004461 to MK-004464;

- Records from Turkish Airlines, Bates-stamped MK-004465 to MK-004469;

- Records from Capital One, Bates-stamped MK-004470 to MK-004471; and

- Forensic copies of a cellular telephone belonging to a co-conspirator of the defendant, two SIM cards and a flash drive, Bates-stamped MK-004472.

Also enclosed is another copy of the November 29, 2017 discovery production, per your request.  Please contact us if you have any questions or requests.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:       /s/
Saritha Komatireddy
Tiana A. Demas
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:     Clerk of the Court (NGG) (by ECF) (without enclosures)