**DOCKET NUMBER: CR 17-449 (NGG)**
## CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

**BEFORE JUDGE:** GARAUFIS  **DATE:** MARCH 15, 2018  **TIME IN COURT** __60__ **MINS**
@ 10:00 AM.

**1. DEFENDANT :** MIRSAD KANDIC

Present X   Not Present     Custody   X        Not Custody

**DEFENSE COUNSEL:** JAMES BRANDEN
   FEDERAL DEFENDER:        CJA:  X        RETAINED:

**2. DEFENDANT:**

Present   Not Present     Custody     Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:     CJA:        RETAINED:

**A.U.S.A.:** SARITHA KOMATIREDDY / TIANA DEMAS / J. MATTHEW HAGGANS

**COURT REPORTER:** CHARLEANE HEADING
**INTERPRETER:**         **LANGUAGE:**

| | | | |
|---|---|---|---|
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| X | Status Conference | | |
| ☐ | Motion | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | | |
| ☐ | Motion Hearing | ☐ | Violation of Supervised Release |
| | ☐ Plea Entered | | ☐ Sentencing |
| ☐ | Bail Appeal | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun | ☐ | Oral Argument |
| ☐ | Voir Dire Held    Jury selection | ☐ | Jury trial |
| ☐ | Jury Trial Death Penalty  ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start:**   **Speedy Trial Stop:**    **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**       YES           NO   X

STATUS CONFERENCE HELD; MOTION FOR PROTECTIVE ORDER UNDER THE CLASSIFIED INFORMATION PROCEDURES ACT WILL BE FILED BY AUGUST 31, 2018. THE NEXT STATUS CONFERENCE IS SCHEDULED FOR THURSDAY, SEPTEMBER 13, 2018 AT 11:00 AM. TIME IS EXCLUDED IN THAT THIS CASE WAS ALREADY DEEMED COMPLEX FOR SPEEDY TRIAL PURPOSES.