

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 19, 2018

By Email

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel: (212) 286-0173
Fax: (212) 286-0495

   Re: United States v. Mirsad Kandic
     Criminal Docket No. 17-449 (NGG)

Dear Mr. Branden:

  Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on November 14, 2017, November 22, 2017, November 29, 2017, and March 20, 2018. The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15). The government renews its request for reciprocal discovery from the defendant.

  Enclosed please find the following:

- Records from Google, in a file folder Bates-stamped MK-004473;

- Records from Finland, followed by an English translation, Bates-stamped MK-004474 to MK-004632; and

- Photographs of items seized incident to the defendant's arrest overseas, Bates-stamped MK-004633 to MK-004639 (the original items are available for inspection).

Please contact us if you have any questions or requests.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
Saritha Komatireddy
Tiana A. Demas
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (NGG) (by ECF) (without enclosures)