

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK                                                         *271 Cadman Plaza East*
F.#2011R00298                         *Brooklyn, New York 11201*

June 21, 2018

By FedEx

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176
Tel: (212) 286-0173
Fax: (212) 286-0495

        Re:    United States v. Mirsad Kandic
                    Criminal Docket No. 17-449 (NGG)

Dear Mr. Branden:

        Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on November 14, 2017, November 22, 2017, November 29, 2017, March 20, 2018, and April 19, 2018. The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15). The government renews its request for reciprocal discovery from the defendant.

        Enclosed please find the following:

- Screenshots of various social media pages, Bates-stamped MK-004640 to MK-004648 and in a file folder Bates-stamped MK-004649;

- Records from Google, in a file folder Bates-stamped MK-004650;

- An article containing screenshots of Twitter posts, Bates-stamped MK-004651 to MK-004661; and

- Additional records from Twitter, in a file folder Bates-stamped MK-004662.

Please contact us if you have any questions or requests.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:    /s/
    Saritha Komatireddy
    Tiana A. Demas
    J. Matthew Haggans
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosures

cc:    Clerk of the Court (NGG) (by ECF) (without enclosures)