SK/JMH
F.#2011R00298

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | N O T I C E |
| - against - | No. 17-CR-449 (NGG) |
| MIRSAD KANDIC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Richard P. Donoghue, United States Attorney for the Eastern District of New York, hereby provides notice to defendant MIRSAD KANDIC and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c), 1825(d), and 1881e(a), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic

1

surveillance, physical search, and acquisitions conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812, 1821-1829, and 1881a.

Dated: August 23, 2018
      Brooklyn, New York

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

By:    /s/
        Saritha Komatireddy
        J. Matthew Haggans
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of Court (NGG) (By ECF)
       Defense counsel (By ECF)