RMT:SK/JMH
F.#2011R00298

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

v.

MIRSAD KANDIC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FILED EX PARTE,**
**IN CAMERA AND UNDER SEAL**

17-CR-449 (NGG)

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
Eastern District of New York