

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2018

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Mirsad Kandic
              Criminal Docket No. 17-449 (NGG)

Dear Judge Garaufis:

        The government writes to respectfully request that the Court exclude time for purposes of the Speedy Trial Act for the period between Friday, September 14, 2018, and the next status conference before Your Honor, currently scheduled for September 26, 2018, at 10:30 a.m. The ends of justice served by such a continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial based upon the Court's prior designation of this case as complex. See 18 U.S.C. § 3161(h)(7)(B)(ii). The pendency of the government's motion for a protective order under the Classified Information Procedures Act, see ECF No. 29, also justifies the proposed exclusion of time. See 18 U.S.C. § 3161(h)(1)(D). The defendant, by counsel, has no objection to this request.

*[Handwritten: Application granted. Time is excluded under the Speedy Trial Act from 9/14/18 nunc pro tunc to 9/26/18 for the reasons stated above on consent of the parties. So ordered.]*

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:     /s/
Saritha Komatireddy
J. Matthew Haggans
Assistant U.S. Attorneys
(718) 254-7000

s/Nicholas G. Garaufis    9/21/18

cc:    Clerk of the Court (NGG) (by ECF)
       All counsel of record (by ECF)