**DOCKET NUMBER:** CR 17-0449 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk:** _____   **Docket Clerk Initials:** _____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** SEPTEMBER 26, 2018   **TIME IN COURT** __ **HRS**   30   **MINS**
@ 10:00 AM.

**1. DEFENDANT:** MIRSAD KANDIC

Present X   Not Present      Custody   X         Not Custody

**DEFENSE COUNSEL:** JAMES BRANDEN
   FEDERAL DEFENDER:      CJA:   X            RETAINED:

**2. DEFENDANT:**
 Present   Not Present      Custody   Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:      CJA:      RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody       Not Custody**

**DEFENSE COUNSEL:**
   **FEDERAL DEFENDER:   CJA:   RETAINED:**

**A.U.S.A.:** SARITHA KOMATIREDDY / MATTHEW HAGGANS / DAVID KESSLER

**COURT REPORTER: MICHELE NARDONE**
**INTERPRETER:   LANGUAGE:**

| | | |
|---|---|---|
| ☐ | Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| X | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Curcio Hearing | ☐ Oral Argument |
| ☐ | Voir Dire Held     ☐ | Jury selection        ☐ Jury trial |
| ☐ | Jury Trial Death Penalty  ☐ | Sentence enhancement Phase      ☐    Bench Trial Begun |

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE:   XT**
**Do these minutes contain ruling(s) on motion(s)?   YES              NO   X**

STATUS CONFERENCE HELD; EX PARTE CONFERENCE WITH THE GOVERNMENT IS SCHEDULED FOR THURSDAY, OCTOBER 4, 2018 AT 2:00 PM. THE NEXT STATUS CONFERENCE FOR ALL PARTIES IS SCHEDULED FOR THURSDAY, OCTOBER 25, 2018 AT 11:00 AM. CASE ALREADY DEEMED COMPLEX BUT TIME STILL EXCLUDED UNDER THE SPEEDY TRIAL ACT BETWEEN TODAY AND OCTOBER 25, 2018 FOR REVIEW OF DISCOVERY AND PLEA NEGOTIATIONS ON CONSENT OF THE PARTIES.