

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH/DKK
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 20, 2018

By Hand

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176

Bobbi C. Sternheim, Esq.
Offices of Bobbi C. Sternheim
33 West 19th Street, 4th Floor
New York, New York 10011

        Re:    United States v. Mirsad Kandic
                   Criminal Docket No. 17-449 (NGG)

Dear Counsel:

        Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on November 14, 2017, November 22, 2017, November 29, 2017, March 20, 2018, April 19, 2018, June 21, 2018, July 5, 2018, and November 20, 2018. The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15). The government renews its request for reciprocal discovery from the defendant.

        Enclosed with this letter please find electronic media bearing the Bates number MK-005880. It contains copies of documents, audio and video recordings, and other information obtained from the government of Bosnia and Herzegovina pursuant to mutual legal assistance requests including, where applicable, draft translations thereof. The government reserves the right to revise the translations in advance of trial.

        To facilitate review, the materials are divided into subfolders that correspond to the titles of the translations (i.e., within the folder titled "Foreign Language Materials," the subfolder with the name ending in "001" corresponds to the file name ending in "001" within

the folder titled "Translations"). Please note that the media files appearing in the subfolder ending in 012 consist of recordings of Bosnian court proceedings involving the defendant on July 5, 2017, and August 30, 2017. Draft transcripts and translations of these proceedings appear in the "Translations" folder in the file names ending in 012_C and 012_D.

Please contact us if you have any questions or requests.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/
Saritha Komatireddy
J. Matthew Haggans
David K. Kessler
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (c/o James M. Branden, Esq.)
cc: Clerk of the Court (NGG) (by ECF) (without enclosures)