

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMH
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 14, 2019

By ECF and by Email

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176

Bobbi C. Sternheim, Esq.
Offices of Bobbi C. Sternheim
33 West 19th Street, 4th Floor
New York, New York 10011

        Re:    United States v. Mirsad Kandic
                 Criminal Docket No. 17-449 (NGG)

Dear Counsel:

        The government writes to memorialize its supplemental production of classified information, which the government provided yesterday, March 13, 2019, to the Classified Information Security Officer. These materials are covered by any and all discovery orders previously entered into in this case.

                                      Very truly yours,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                By:      /s/
                        Saritha Komatireddy
                        J. Matthew Haggans
                        David K. Kessler
                        Assistant U.S. Attorneys
                        (718) 254-7000

cc:    Clerk of the Court (NGG) (by ECF)