

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 18, 2019

By ECF and By Hand

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176

Bobbi C. Sternheim, Esq.
Offices of Bobbi C. Sternheim
33 West 19th Street, 4th Floor
New York, New York 10011

    Re: United States v. Mirsad Kandic
       Criminal Docket No. 17-449 (NGG)

Dear Counsel:

    Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on November 14, 2017, November 22, 2017, November 29, 2017, March 20, 2018, April 19, 2018, June 21, 2018, July 5, 2018; November 6, 2018; and November 20, 2018.  The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15), as amended (ECF No. 45).  The government renews its request for reciprocal discovery from the defendant.

    The disc enclosed is encrypted and the password will follow by separate cover. The disc contains the following:

- A letter dated March 18, 2019, providing information relevant to the investigation of the defendant;

- A document bearing Bates numbers MK-005881 through MK-005910, reflecting copies of records obtained from the Department of Homeland Security concerning the defendant; and

- A file folder bearing Bates Numbers MK-005911, containing records obtained from Twitter.

Please contact us if you have any questions or requests.

                          Very truly yours,

                          RICHARD P. DONOGHUE
                          United States Attorney

By:       /s/
                          Saritha Komatireddy
                          J. Matthew Haggans
                          David K. Kessler
                          Assistant U.S. Attorneys
                          (718) 254-7000

Enclosures (By Hand)
cc:     Clerk of the Court (NGG) (by ECF) (without enclosures)