

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JMH
F.#2011R00298

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 6, 2019

By ECF and By FedEx

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176

Bobbi C. Sternheim, Esq.
Offices of Bobbi C. Sternheim
33 West 19th Street, 4th Floor
New York, New York 10011

        Re:    United States v. Mirsad Kandic
               Criminal Docket No. 17-449 (NGG)

Dear Counsel:

      Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on November 14, 2017, November 22, 2017, November 29, 2017, March 20, 2018, April 19, 2018, June 21, 2018, July 5, 2018; November 6, 2018; November 20, 2018; and March 18, 2019.  The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15), as amended (ECF No. 45).  The government renews its request for reciprocal discovery from the defendant.

      The disc enclosed is encrypted and the password will follow by separate cover. The disc bears Bates Number MK-005912.

The disc contains audio and video recordings involving the defendant from in or about 2011.

Please contact us if you have any questions or requests.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

By:    /s/
          Saritha Komatireddy
          J. Matthew Haggans
          David K. Kessler
          Assistant U.S. Attorneys
          (718) 254-7000

Enclosure
cc:    Clerk of the Court (NGG) (by ECF) (without enclosures)