```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA

     - against -
                                        Cr. No. 17-449 (NGG)
MIRSAD KANDIC,
                                        NOTICE OF PRETRIAL MOTIONS
          Defendant.

---------------------------------X
```

PLEASE TAKE NOTICE that, upon the Declaration of James M. Branden and the Memorandum of Law of James M. Branden and Bobbi C. Sternheim, Esqs., dated September 6, 2019, Defendant Mirsad Kandic will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, in the courthouse at 225 Cadman Plaza East, Brooklyn, New York 11201, on October 24, 2019, at 11:00 a.m., for an order:

{1} Suppressing statements allegedly made by Mr. Kandic to law enforcement pursuant to Fed.R.Cr.P. 12(b)(3)(C)[see Memorandum of Law]; and

{2} Granting such other and further relief as the Court deems just and reasonable.

Dated: New York, New York
September 6, 2019

>Respectfully submitted,
>
>JAMES M. BRANDEN, ESQ.
>BOBBI C. STERNHEIM, ESQ.
>    Attorneys for Defendant
>    MIRSAD KANDIC

To: Hon. Nicholas G. Garaufis
AUSA J. Matthew Haggans
AUSA Saritha Komatireddy
AUSA David Kessler