

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/DKK/JMH
F.#2011R00298

271 Cadman Plaza East
Brooklyn, New York 11201

October 11, 2019

<u>By Hand and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Mirsad Kandic
       <u>Criminal Docket No. 17-449 (NGG)</u>

Dear Judge Garaufis:

   The government respectfully submits this letter to request a further brief extension—until October 16—of the deadline to file its response to the defendant's pretrial motions. The government has been preparing its brief and needs the additional time to complete internal review and sealing determinations. The government has conferred with defense counsel, who consents to this request and also requests a brief extension—until October 22—for any defendant reply. Oral argument is presently scheduled for October 24 at 11:00 a.m. The parties will be prepared to appear on that date. If the Court requires additional time to review the submissions in advance of oral argument, the parties consent to any such adjournment.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

        By:  /s/
              Saritha Komatireddy
              David K. Kessler
              J. Matthew Haggans
              Assistant U.S. Attorneys
              (718) 254-7000

cc:  Clerk of Court (NGG) (By ECF)
   All counsel of record (By ECF)