

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SK | *271 Cadman Plaza East* |
| F.#2011R00298 | *Brooklyn, New York 11201* |

October 18, 2019

<u>By ECF and By Email</u>

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176

Bobbi C. Sternheim, Esq.
Offices of Bobbi C. Sternheim
33 West 19th Street, 4th Floor
New York, New York 10011

    Re: United States v. Mirsad Kandic
       <u>Criminal Docket No. 17-449 (NGG)</u>

Dear Counsel:

  Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the discovery provided on November 14, 2017, November 22, 2017, November 29, 2017, March 20, 2018, April 19, 2018, June 21, 2018, July 5, 2018, November 6, 2018, November 20, 2018, March 18, 2019, May 6, 2019, July 26, 2019, and October 3, 2019. The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15). The government renews its request for reciprocal discovery from the defendant.

  Enclosed please find agent notes and materials related to the July 25-26, 2017 interviews of the defendant in Bosnia and Herzegovina, bearing Bates numbers MK-005917 to MK-005922.

Please contact us if you have any questions or requests.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:     /s/
    Saritha Komatireddy
    David K. Kessler
    J. Matthew Haggans
    Assistant U.S. Attorneys
    (718) 254-7000

cc:     Clerk of the Court (NGG) (by ECF) (without enclosures)