

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F.#2011R00298

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 18, 2020

By ECF

James M. Branden, Esq.
The Law Office of James M. Branden
551 Fifth Avenue
New York, New York 10176

Bobbi C. Sternheim, Esq.
Offices of Bobbi C. Sternheim
33 West 19th Street, 4th Floor
New York, New York 10011

    Re: United States v. Mirsad Kandic
       Criminal Docket No. 17-449 (NGG)

Dear Counsel:

    The government writes to memorialize its disclosure of information by way of letter and enclosure, which the government provided to the defense earlier today. These materials constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 15).

Please contact us if you have any questions or requests.

                        Very truly yours,

                        SETH D. DuCHARME
                        Acting United States Attorney

By:       /s/
                        Saritha Komatireddy
                        David K. Kessler
                        J. Matthew Haggans
                        Assistant U.S. Attorneys
                        (718) 254-7000

cc:    Clerk of Court (NGG) (by ECF)
       All counsel of record (by ECF)