**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN  Tel: (212) 571-5500
JEREMY SCHNEIDER  Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
_____

RACHEL PERILLO

July 6, 2021

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

       United States v. Mirsad Kandic
       17 Cr. 449 (NGG)

Dear Judge Garaufis:

    Robert Soloway and I are the attorneys for Mr. Kandic in this matter. I write with the consent of the government seeking to adjourn the status conference presently scheduled for July 22, 2021 until July 29th at 12:00pm which, I am informed, is a date acceptable to the Court. Because we continue to prepare this matter and to review discovery in addition to its designation as a complex case we consent to the continuing exclusion of time pursuant to 18 USC §3161.

    If you have any questions regarding this application please call my office.

                                   Respectfully submitted,

                                   /s/

                                   David Stern