UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

-against-

MIRSAD KANDIC,

Defendant.
------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

**VERDICT SHEET**

**17-CR-447 (NGG)**

## COUNT ONE
(Conspiracy to Provide Material Support to a Foreign Terrorist Organization)

On the charge of conspiracy to provide material support to a foreign terrorist organization in Count One, how do you find the Defendant Mirsad Kandic.

GUILTY __✓__          NOT GUILTY _____

*If you answered "Guilty" for Count One, please answer the following question:*

Do you unanimously find that the offense resulted in the death of Jake Bilardi?

Proven __✓__          Not Proven _____

Do you unanimously find that the offense resulted in the death of any other person or persons?

Proven __✓__          Not Proven _____

## COUNT TWO
(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Two, how do you find the defendant Mirsad Kandic?

GUILTY __✓__          NOT GUILTY _____

## COUNT THREE
(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Three, how do you find the defendant Mirsad Kandic?

GUILTY __✓__                NOT GUILTY _____

## COUNT FOUR
(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Four, how do you find the defendant Mirsad Kandic?

GUILTY __✓__                NOT GUILTY _____

## COUNT FIVE
(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Five, how do you find the defendant Mirsad Kandic?

GUILTY __✓__                NOT GUILTY _____

*If you answered "Guilty" for Count Five, please answer the following question:*

Do you unanimously find that the offense resulted in the death of Jake Bilardi?

Proven __✓__                Not Proven _____

## COUNT SIX
(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Six, how do you find the defendant Mirsad Kandic?

GUILTY __✓__          NOT GUILTY _____

**Your foreperson must now sign and date the verdict sheet, and return it to the courtroom.**

Dated: Brooklyn, New York
May 14, 2022