Court Exhibit #1

DRAFT JURY CHARGE
MAY 16, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

MIRSAD KANDIC,

                              Defendant.
------------------------------------------------------------X

**JURY CHARGE**

17-CR-447 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

    Now that the evidence in this case has been presented and the attorneys for the Government and the Defendant have concluded their closing arguments, it is my responsibility to instruct you as to the law that governs this case. My instructions will be in three parts:

    First:  I will instruct you regarding the general rules that define and govern the duties of a jury in a criminal case;

    Second:  I will instruct you regarding the legal elements of the crimes charged in the Indictment—that is, the specific elements that the Government must prove beyond a reasonable doubt to warrant a finding of guilt as to each crime; and

    Third:  I will give you some general rules regarding your deliberations.

1



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

MIRSAD KANDIC,

                       Defendant.
------------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

**JURY CHARGE**

**17-CR-447 (NGG)**

Now that the evidence in this case has been presented and the attorneys for the Government and the Defendant have concluded their closing arguments, it is my responsibility to instruct you as to the law that governs this case. My instructions will be in three parts:

First:   I will instruct you regarding the general rules that define and govern the duties of a jury in a criminal case;

Second:   I will instruct you regarding the legal elements of the crimes charged in the Indictment—that is, the specific elements that the Government must prove beyond a reasonable doubt to warrant a finding of guilt as to each crime; and

Third:   I will give you some general rules regarding your deliberations.



COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. #
DATE:

1

Clerk's Office
Filed Date: 5/20/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

MIRSAD KANDIC,

                      Defendant.
------------------------------------------------------------------X

**JURY CHARGE**

**17-CR-447 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

    Now that the evidence in this case has been presented and the attorneys for the Government and the Defendant have concluded their closing arguments, it is my responsibility to instruct you as to the law that governs this case. My instructions will be in three parts:

    First: I will instruct you regarding the general rules that define and govern the duties of a jury in a criminal case;

    Second: I will instruct you regarding the legal elements of the crimes charged in the Indictment—that is, the specific elements that the Government must prove beyond a reasonable doubt to warrant a finding of guilt as to each crime; and

    Third: I will give you some general rules regarding your deliberations.

COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT. #
DATE:

1

Clerk's Office
Filed Date: 5/20/22

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
   UNITED STATES OF AMERICA

           -against-

   MIRSAD KANDIC,


           Defendant.
----------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

**VERDICT SHEET**

**17-CR-447 (NGG)**

## COUNT ONE
(Conspiracy to Provide Material Support to a Foreign Terrorist Organization)

On the charge of conspiracy to provide material support to a foreign terrorist organization in Count One, how do you find the Defendant Mirsad Kandic.

    GUILTY _____      NOT GUILTY _____

*If you answered "Guilty" for Count One, please answer the following question:*

Do you unanimously find that the offense resulted in the death of Jake Bilardi?

    Proven _____      Not Proven _____

Do you unanimously find that the offense resulted in the death of any other person or persons?

    Proven _____      Not Proven _____

## COUNT TWO
(Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization)

On the charge of provision and attempted provision of material support to a foreign terrorist organization in Count Two, how do you find the defendant Mirsad Kandic?

    GUILTY _____      NOT GUILTY _____



COURT'S EXHIBIT NO. 4
IDENTIFICATION/EVIDENCE
DKT. # _____
DATE: _____