ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
Jeremy Schneider                                                                Tel: (212) 571-5500
Robert A. Soloway                                                               Fax: (212) 571-5507
David Stern

―――――

Rachel Perillo

November 2, 2022

**By ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                            Re:       United States v. Mirsad Kandic
                                          17 Cr. 449 (NGG)

Dear Judge Garaufis:

      Robert Soloway and I are the attorneys for Mirsad Kandic, the defendant in the above-named matter. Mr. Kandic is scheduled to be sentenced on November 9, 2022 following his conviction at trial. I write without objection from the government by AUSA Matthew Haggans to request an adjournment of Mr. Kandic's sentencing to March of 2023 due to my current trial obligations before the Honorable Vernon S. Broderick of the Southern District of New York in the matter of *United States v. Sayfullo Saipov*, 17 Cr. 722 (VSB). The *Saipov* matter is a complex terrorism case with a death-eligible defendant. We are currently in the middle of jury selection and trial is expected to last until January or early February of 2023. For this reason, it is respectfully requested that Mr. Kandic's sentencing be adjourned to a date towards the end of March 2023.

      If the Court has any questions regarding this application, please do not hesitate to contact me.

                                                                Respectfully submitted,
                                                                        /s/
                                                                   David Stern

cc:      AUSA Matthew Haggans
           AUSA Saritha Komatireddy