FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 02 2026 ★
BROOKLYN OFFICE

JUDGE: GARAUFIS, N. OCT-01-2026

YOU ASSIGNED ME EZRA SPILKE EARLIER THIS YEAR TO ASSIST ME ON MY 2255. IT'S NOW OCTOBER. I'VE ONLY SPOKEN TO HIM TWICE AND HE HASN'T VISITED OR RESPONDED TO MY ISSUES OF CONCERNE I SEE ON [redacted] THE 2255.

I'M SURE HE'S A GOOD LAWYER, BUT HE SEEMS TO HAVE NEITHER THE TIME NOR INTEREST IN MY CASE. THERE'S A TERRIFIC ATTORNEY ON THE CJA PANEL FOR THE SECOND CIRCUIT - MEGAN BENETT - WHO WOULD BE WILLING TO ACCEPT THIS ASSIGNMENT FROM THIS COURT. I THENK THE COURT FOR ITS CONSIDERATION OF THE REASSIGNMENT. I AM CONFIDENT THAT MEGAN AND I WILL WORK WELL TOGETHER.

THANKS,
KANDIC MIRSAD

REC'D IN PRO SE OFFICE
NOV 3 '26 AM10:01

Name KANDIC MIRSAD
Reg. No. 90479053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

cm-26-016

DENVER CO 802
24 OCT 2026 PM 5 L

PURPLE HEART 2019 FOREVER USA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 02 2026 ★
BROOKLYN OFFICE

RE: U.S. vs KANDIC MIRSAD
U.S. DISTRICT COURT EDNY
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201-1818

11201-189899